FILED

07 APR 25 PM 3:44

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: *lp*   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>CYNTHIA R. RUTTLEDGE d.b.a. CUTTERSWAY HAIR AND NAILS; NANCY MCCRANY d.b.a. COBBLESTONE COTTAGES; TOBY JOYCE (MARRIED WOMAN) & WAITLY DAVID (MARRIED MAN); And DOES 1 THROUGH 10, Inclusive,<br><br>Defendants. | Case No.: 06cv2208 WQH (JMA)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ONLY DEFENDANTS CYNTHIA R. RUTTLEDGE d.b.a. CUTTERSWAY HAIR AND NAILS; NANCY MCCRANY d.b.a. COBBLESTONE COTTAGES; and TOBY JOYCE (MARRIED WOMAN) & WAITLY DAVID (MARRIED MAN) WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by Plaintiffs ASSOCIATION OF WOMEN WITH DISABILITIES ADVOCATING ACCESS, SUING ON BEHALF OF DELORES JACKSON AND ITS MEMBERS; and DELORES JACKSON, An Individual, and Defendants CYNTHIA R.

1   Case Number: 06cv2208 WQH (JMA)

Document Date: April 18, 2007

1  RUTTLEDGE d.b.a. CUTTERSWAY HAIR AND NAILS; NANCY MCCRANY d.b.a.
2  COBBLESTONE COTTAGES; and TOBY JOYCE (MARRIED WOMAN) & WAITLY
3  DAVID (MARRIED MAN), on the other hand, through their respective
4  attorneys of record that ONLY Defendants CYNTHIA R. RUTTLEDGE
5  d.b.a. CUTTERSWAY HAIR AND NAILS; NANCY MCCRANY d.b.a.
6  COBBLESTONE COTTAGES; and TOBY JOYCE (MARRIED WOMAN) & WAITLY
7  DAVID (MARRIED MAN) are dismissed with prejudice from Plaintiffs'
8  Complaint, Case Number: 06cv2208 WQH (JMA). Additionally, the
9  dismissal of ONLY Defendants CYNTHIA R. RUTTLEDGE d.b.a.
10 CUTTERSWAY HAIR AND NAILS; NANCY MCCRANY d.b.a. COBBLESTONE
11 COTTAGES; and TOBY JOYCE (MARRIED WOMAN) & WAITLY DAVID (MARRIED
12 MAN) shall not affect the continuing litigation with the
13 remaining Defendant in this matter.

**IT IS SO ORDERED.**

Dated: 4/24/07

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE

2   Case Number: 06cv2208 WQH (JMA)

Document Date: April 18, 2007