# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Association of Women with Disabilities Advocating Access, Suing on Behalf of Delores Jackson and Its Members; and Delores Jackson, an Individual

V.

Cynthia R. Ruttledge d.b.a. Cuttersway Hair and Nails, et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   06-CV-2208 WQH (JMA)

[ ]   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court concludes that the requested amendment and joinder of an additional party is not appropriate under the circumstances and at this stage of the proceedings when each Defendant named in the October 2006 Complaint and served with process have been previously dismissed with prejudice. The motion to amend pursuant to Fed.R.Civ.P.15(a) is DENIED, and this case is closed.

| May 4, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk
ENTERED ON May 4, 2007

06-CV-2208 WQH (JMA)